## BENITA BRYAN *v.* SHERATON HARTFORD HOTEL ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 74 Conn. App. 901 (AC 22778), is denied.

*Benita Bryan,* pro se, in support of the petition.

Decided April 24, 2003

## STATE OF CONNECTICUT *v.* SCOTT WINER

The defendant's petition for certification for appeal from the Appellate Court, 75 Conn. App. 533 (AC 22091), is denied.

*Louis S. Avitabile,* special public defender, in support of the petition.

Decided April 24, 2003

## KLM INDUSTRIES, INC. *v.* MICHAEL TYLUTKI ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 75 Conn. App. 27 (AC 22308), is denied.

*Jeffrey M. Knickerbocker,* in support of the petition.

Decided April 24, 2003

## SENCO, INC. *v.* FOX-RICH TEXTILES, INC.

The defendant's petition for certification for appeal from the Appellate Court, 75 Conn. App. 442 (AC 22539), is denied.